

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2015

No. 04-15-00420-CR and 04-15-00421-CR

Jose Luis **GARZA-RAMIREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 478490 and 478491
The Honorable Crystal D. Chandler, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to November 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Michael D. Robbins                         Nicolas A. LaHood
     Appellate Public Defender's Office         District Attorney, Bexar County
     101 W. Nueva, Suite 310                     101 W. Nueva, Suite 370
     Paul Elizondo Tower 1                       San Antonio, TX 78205
     San Antonio, TX 78205